Case 5:16-cv-04183-DDC   Document 15   Filed 02/24/17   Page 1 of 3

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED FEB 24 2017 TIMOTHY M. O'BRIEN CLERK By Deputy

2017 FEB 15 AM 11:40 KANSAS CITY, KS

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| Melvin Hale, Ph. D. | 16-4183-DDC-KGG |
| DEFENDANT | TYPE OF PROCESS |
| Emporia State University, et al. | Summons, Complaint & Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Emporia State University c/o Derek Schmidt, Kansas Attorney General
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
120 SW 10th Avenue 2nd Floor, Topeka, KS 66612

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Melvin Hale
PO Box 6176
Goodyear, AZ 85338

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                              Fold

Signature of Attorney other Originator requesting service on behalf of:  **Timothy M. O'Brien**   ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER 785-338-5400   DATE 2/14/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 31 | District to Serve No. 31 | Signature of Authorized USMS Deputy or Clerk | Date 2-15-17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Certified Article Number
9414 7266 9904 2017 5762 07
SENDERS RECORD

Service by Mail
Date 02/21/2017
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | -0- | -0- | $8.00 | | $0.00 |

REMARKS: Date summons and complaint were sent by certified mail, 02/15/2017
Date of Service (date return receipt signed): 02/21/2017
Date return receipt received in USMS Office: 02/23/2017

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Melvin Hale, Ph. D. <br> *Plaintiff(s)* <br> v. <br> Emporia State University, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 16-4183-DDC-KGG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Emporia State University
        c/o Derek Schmidt, Kansas Attorney General
        120 SW 10th Avenue 2nd Floor
        Topeka, KS 66612

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                CLERK OF COURT

Date:    02/14/2017                                         s/ M. Stamper, Deputy Clerk
                                                              *Signature of Clerk or Deputy Clerk*
                                                       TIMOTHY M. O'BRIEN
                                                       CLERK OF COURT
                                                       490 U.S. Courthouse
                                                       444 SE Quincy
                                                       Topeka KS 66683-3589

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 9414 7266 9904 2017 5762 07 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature<br>X | ☐ Agent<br>☐ Addressee |
| 3. Service Type  CERTIFIED MAIL® | D. Is delivery address different from item 1?<br>If YES, enter delivery address below: | ☐ Yes<br>☐ No |
| 4. Restricted Delivery? (Extra Fee)   ☐ Yes | Received FEB 2 1 2017 | |
| 1. Article Addressed to:<br>EMPORIA STATE UNIVERSITY<br>DEREK SCHMIDT<br>KANSAS ATTORNEY GENERAL<br>120 SW 10TH AVENUE<br>2ND FLOOR<br>TOPEKA, KS 66612 | Kansas Attorney General<br>Reference Information<br><br>16-4183-DDC-KGG  1 OF 8<br><br>D/KS P. Brown | |

PS Form 3811, January 2005        Domestic Return Receipt