IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MELVIN HALE, Ph.D., ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Case No. 16-4183-DDC-KGG |
| ) | |
| EMPORIA STATE UNIVERSITY (ESU), ) | |
| JACKIE VIETTI, PH.D., ) | |
| DAVID CORDLE, PH.D., ) | |
| JUDY ANDERSON, ) | |
| KEVIN JOHNSON, ) | |
| RAY LAUBER, ) | |
| MIRAH DOW, PH.D., ) | |
| GARY WYATT, PH.D., ) | |
| ) | |
|    Defendants. ) | |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Emporia State University (ESU), Jackie Vietti, David Cordle, Judy Anderson, Kevin Johnson, Ray Lauber, Mirah Dow, and Gary Wyatt hereby move this Court for judgment in their favor on Plaintiff Melvin Hale's Complaint (Doc. 1) pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for the following reasons:

1. Hale's Title VII claim fails as it is barred by the applicable statute of limitations.

2. Hale's Title VII claim fails because Hale did not engage in protected opposition to discrimination. Because Hale cannot meet the element of a prima facie case, his Title VII claim fails to state a claim upon which relief can be granted.

3. Hale's 42 U.S.C. § 1983 claim fails to state a claim upon which relief can be granted because Hale's alleged speech was not on a matter of public concern.

1

4. Defendants Vietti, Cordle, Anderson, Johnson, Lauber, Dow, and Wyatt are shielded by qualified immunity on Hale's 42 U.S.C. § 1983 claim.

5. The Eleventh Amendment precludes Hale's official capacity claims against Defendants Vietti, Cordle, Anderson, Johnson, Lauber, Dow, and Wyatt.

6. Hale's 42 U.S.C. § 1983 claim fails against Defendants Vietti, Cordle, Anderson, Johnson, Lauber, Dow, and Wyatt to the extent they are sued in their official capacity because they do not constitute persons under § 1983.

Pursuant to D. Kan. 7.1(a), a memorandum in support of this motion is filed concurrently herewith.

WHEREFORE, Defendants Emporia State University (ESU), Jackie Vietti, David Cordle, Judy Anderson, Kevin Johnson, Ray Lauber, Mirah Dow, and Gary Wyatt move this Court to enter judgment in their favor on the pleadings.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Anne Gepford*
Anne Gepford, KS No. 24636
Assistant Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel:  (785) 291-3988
Fax:  (785) 296-6296
Email: anne.gepford@ag.ks.gov
*Attorney for Defendants Emporia State University (ESU); Jackie Vietti; David Cordle; Judy Anderson; Kevin Johnson; Ray Lauber; Mirah Dow; Gary Wyatt*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of March, 2017, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record and to Plaintiff Melvin Hale, a registered pro se participant who receives electronic notification in the case, at reefresh@yahoo.com.

                                */s/ Anne Gepford*
                                Anne Gepford
                                Assistant Attorney General