IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MELVIN HALE, PhD, | ) |
| Plaintiff | ) ) ) |
| v. | ) )  Case No. 16-cv-04183-DDC-KGG |
| JACKIE VIETTI, *et al.*, | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S ADDITIONAL EXHIBITS**

COME NOW the Defendants and submit the following objections to Plaintiff's additional exhibits, 135 – 139.

**EXHIBITS**

| NO. | DESCRIPTION OF | OBJECTION(S) |
|---|---|---|
| 135. | October 2, 2015 email from Hale to Cordle Re: Retaliation | No objection |
| 136. | Email to Cordle Re: Notification of non-reappointment Dec. 14, 2015 | No objection |
| 137. | Email from Vietti RE: Lack of Action on Hate Crime July 6, 2015 | Relevance, Authentication, |
| 138. | Cooling Off Period Definition proposed by Hale Aug 27 2015 | Relevance, Authentication Hearsay |
| 139. | Email from Wyatt to SLIM Sept. 10, 2015 | Relevance, Authentication |

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
Carrie A. Barney, KS #22872
Assistant Attorney General/Trial Counsel

        120 SW 10th Avenue, 2nd Floor  
        Topeka, Kansas, 66612-1597  
        Phone: (785) 368-8423  
               (785) 368-6695  
        Fax:    (785) 291-3767  
        Email: stanley.parker@ag.ks.gov  
               carrie.barney@ag.ks.gov  
        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2019, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record and to Plaintiff Melvin Hale, a registered pro se participant who receives electronic notification in the case, at reefresh@yahoo.com.

        *s/ Stanley R. Parker*  
        Stanley R. Parker