CLERK'S COURTROOM MINUTE SHEET – **CIVIL JURY**

MELVIN HALE, PH.D. v. JACKIE VIETTI, PH.D., et al.

Case No. 16-4183-DDC

| CAPTION: | APPEARANCES: |
|---|---|
| MELVIN HALE, PH.D., | PRO SE |
| Plaintiff, | |
| v. | |
| JACKIE VIETTI, PH.D., et al., | Carrie A. Barney |
| | Stanley R. Parker |
| Defendants. | |

| Judge: | CRABTREE | DATE: | 7/9/2019 | 7/10/2019 | 7/11/2019 | 7/12/2019 | 7/15/2019 |
|---|---|---|---|---|---|---|---|
| Clerk: | Garrett | | | | | | |
| Reporter: | Kim Greiner | T/B: | 9:30 AM | 8:41 AM | 9:01 AM | 9:21 AM | 9:00 AM |
| | Sherry Harris | T/E: | 4:48 PM | 4:54 PM | 5:04 PM | 6:30 PM | 3:00 PM |

PROCEEDINGS

JURY IMPANELED: 7/9/2019                   AT:   Topeka, Kansas
JURY SWORN:         7/9/2019

| | (BACK ROW) | | (FRONT ROW) |
|---|---|---|---|
| 1 | 100945329, 01-0020 | 5 | 100937431, 01-0044 |
| 2 | 100936854, 01-0026 | 6 | 100945418, 01-0009 |
| 3 | 100936616, 01-0025 | 7 | 100938059, 01-0017 |
| 4 | 100923702, 01-0016 | 8 | 100921624, 01-0008 |

1

**7/9/2019**

Jury selection.

Opening statements by the parties.

Plaintiff presents evidence.

Court recesses for the day.

**7/10/2019**

Continuation of plaintiff's evidence.

Court recesses for the day.

**7/11/2019**

Plaintiff rests.

Defendants argue for judgment as a matter of law at the close of plaintiff's evidence.

Doc. 111 – Motion for Judgment as a Matter of Law by defendant Mirah Dow, Ph.D. – **FOUND AS MOOT as set forth in full on the record.**

Doc. 112 – Motion for Judgment as a Matter of Law by defendant Gary Wyatt, Ph.D. – **GRANTED as set forth in full on the record.**

Doc. 113 – Motion for Judgment as a Matter of Law by defendant Ray Lauber – **GRANTED as set forth in full on the record.**

Doc. 114 – Motion for Judgment as a Matter of Law by defendant Judy Anderson – **GRANTED as set forth in full on the record.**

Doc. 115 – Motion for Judgment as a Matter of Law by defendant David Cordle, Ph.D. – **DENIED as set forth in full on the record.**

Doc. 116 – Motion for Judgment as a Matter of Law by defendant Jackie Vietti, Ph.D. – **GRANTED as set forth in full on the record.**

Doc. 117 – Motion for Judgment as a Matter of Law by defendant Kevin Johnson – **GRANTED as set forth in full on the record.**

Doc. 118 – Amended Motion for Judgment as a Matter of Law of Law by defendant Mirah Dow, Ph.D. – **GRANTED as set forth in full on the record.**

Defendant presents evidence.

Court recesses for the day.

**7/12/2019**

Continuation of defendant's evidence.

Defendant rests.

Doc. 83 – Defendant's Motion for Judgment as a Matter of Law at the Close of the Evidence – **DENIED as set forth in full on the record.**

Jury instructions conference held outside the presence of the jury.

Jury instructed.

Closing arguments by the parties.

Jury deliberates.

Court recesses for the day.

**7/15/2019**

Jury continues deliberations.

Jury returns verdict.

Verdict read in open court.