We have a unanimous decision.

██████████