IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Melvin Hale,

        Plaintiff,

v.

David Cordle,

        Defendant.

Case No. 16-cv-4182-DDC

## VERDICT FORM

**Question No. 1:** Has plaintiff shown by a preponderance of the evidence that defendant Cordle's decision not to renew plaintiff's contract at Emporia State University was an adverse employment action against plaintiff?

Yes __X__        No _____

**If the answer is "Yes" on Question 1, proceed to answer Question No. 2. If the answer is "No" on Question 1, do not answer any of the following Questions. The jury foreperson should sign and date this Verdict Form.**

**Question No. 2:** Has plaintiff shown by a preponderance of the evidence that plaintiff's complaints about the racial slur was a substantial or motivating factor for Cordle's decision not to renew plaintiff's contract at Emporia State University?

Yes _____        No __X__

**If the answer is "Yes" on Question 2, proceed to answer Question No. 3. If the answer is "No" on Question 2, do not answer of the following Questions. The jury foreperson should sign and date this Verdict Form.**

**Question No. 3:** Has defendant Cordle shown by a preponderance of the evidence that he would have made the same decision (not renewing plaintiff's contract) if plaintiff had not have spoken about the racial slur and alleged racial discrimination at Emporia State University?

Yes _____     No _____

**If the answer is "Yes" on Question 3, do not answer Question No. 4. The jury foreperson should sign and date this Verdict Form.**

**Question No. 4:** Please state the amount of damages, if any, which plaintiff sustained because of any unlawful retaliation.

    Nominal Damages: _____

    Compensatory Damages: _____

    Punitive Damages: _____

**The jury foreperson must sign and date this Verdict Form, below.**

7-15-19
Date

[signature redacted]
Foreperson